**UNDER SEAL**



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Michael Lee White, DEFENDANT(S). | CASE NUMBER 10-01524M <br><br> ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _gout and dft_, IT IS ORDERED that a detention hearing is set for _Fri_, _6/25_, at _1:30_ ☐ a.m. / ☒ p.m. before the Honorable _RALPH ZAREFSKY_, in Courtroom _540 - Roybal_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _6/23/10_

_[signature]_
U.S. District Judge/Magistrate Judge